LAW OFFICES OF JENNY L. DOLING, A.P.L.C.
JENNY L. DOLING, ESQ. #207033
MIGUEL A. VALENTE, ESQ. #253251
44-530 SAN PABLO, SUITE 201
PALM DESERT, CALIFORNIA 92260
OFFICE: (760)341-8837
FAX: (760)341-3022

Attorneys for Debtors JOHN M. GINTER and SUSAN A. GINTER

# U.S. BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| IN THE MATTER OF: <br><br> JOHN KENNETH HEMMER and DORIS HEMMER | CASE NO.: 6:09-bk-16918-PC <br><br> NOTICE OF MOTION AND MOTION DISALLOWING CLAIM NO. 5 FILED BY SANTA BARBARA BANK & TRUST <br><br> Date: November 9, 2009 <br> Time: 1:30 p.m. <br> Ctrm: 304 <br> Judge: Hon. Peter H. Carroll |

TO THE HONORABLE PETER H. CARROLL; ROD DANIELSON, CHAPTER 13 TRUSTEE; THE U.S. TRUSTEE; SANTA BARBARA BANK & TRUST; AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that in the hearing of this matter now set at the above-referenced time and place, John M. Ginter and Susan A. Ginter ("Debtors") by and through their attorneys of record, will and hereby does file Motion Disallowing Claim No.5 filed by Santa Barbara Bank & Trust pursuant to Bankruptcy Rule 3007. Pursuant to Local Bankruptcy Rule 3007(b)(3)(A), a response must be filed and served not later than 14 days prior to the date of hearing set forth in this notice.

Dated: October 5, 2009

Respectfully submitted
LAW OFFICES OF JENNY L. DOLING
A Professional Law Corporation

MIGUEL A. VALENTE attorney for Debtors

---
NOTICE OF MOTION AND MOTION DISALLOWING CLAIM

1

## MOTION DISALLOWING CLAIM

### I. STATEMENT OF FACTS

On April 8, 2009, John Kenneth Hemmer and Doris Hemmer ("Debtors") filed a chapter 13 bankruptcy in the above-captioned court. Debtors listed Santa Barbara Bank & Trust as a creditor holding an unsecured non-priority claim in Schedule F of their petition.

On April 20, 2009, Santa Barbara Bank & Trust filed a proof of claim on the basis of money loaned. This claim is identified by the records of the Trustee as claim number 5 ("Proof of Claim 5"). A copy of a redacted Proof of Claim 5 (due to private information published) is attached hereto, and incorporated by reference herein, as Exhibit "A". A copy of the Claims Register showing Proof of Claim 5 being filed on April 20, 2009, is attached hereto, and incorporated by reference herein, as Exhibit "B". On May 4, 2009, Santa Barbara Bank & Trust filed a proof of claim on the basis of money loaned. This claim is identified by the records of the Trustee as claim number 7 ("Proof of Claim 7"). A copy of a redacted Proof of Claim 7 (due to private information published) is attached hereto, and incorporated by reference herein, as Exhibit "C". *See* Exhibit "B," a copy of the Claims Register showing Proof of Claim 7 being filed on May 4, 2009. Proof of Claim 5 and Proof of Claim 7 are for the same account number 930354 (24945-23318_. For the reasons argued herein, the Court should grant Debtors' Motion Disallowing Proof of Claim No. 5.

### II. LEGAL ARGUMENT

1. **PROOF OF CLAIM NO. 5 SHOULD BE DISALLOWED BECAUSE IT IS A DUPLICATE OF PROOF OF CLAIM NO. 7**

Proof of Claim 5 was filed on April 20, 2009. *See* Exhibits "A," and "B". Proof of Claim 7 was filed on May 4, 2009. *See* Exhibits "C," and "B." Proof of Claim 5 is a duplicate of Proof of Claim 7. *See* Exhibits "A," and "C". Because Proof of Claim 5 is a duplicate of Proof of Claim 7, Proof of Claim 5 should be disallowed.

2. **SANTA BARBARA BANK & TRUST REFUSED TO COMPLY WITH DEBTORS' REQUEST TO WITHDRAW DUPLICATE PROOF OF CLAIM**

On, or about, July 28, 2009, Debtors' attorney sent a request to withdraw the duplicate

claim ("request to withdraw"). A copy of the request to withdraw is attached hereto, and incorporated by reference herein, as Exhibit "D". Santa Barbara Bank & Trust refused and failed, and continues to refuse and fail, to withdraw the duplicate claim. Because Santa Barbara Bank & Trust has refused to withdraw the duplicate claim, this objection was necessary. Therefore, Debtors are entitled to attorney's fees and costs associated with the filing of the motion.

### III. CONCLUSION

WHEREFORE, Debtors pray for the following relief:

(a) That Claim No. 5 by Santa Barbara Bank & Trust be disallowed;

(b) For attorney's fees and costs; and

(c) For such other and further relief as the Court may deem proper.

Dated: October 5, 2009

Respectfully submitted
**LAW OFFICES OF JENNY L. DOLING**
A Professional Law Corporation

_____
MIGUEL A. VALENTE
Attorney for Debtors JOHN KENNETH
HEMMER and DORIS HEMMER

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices of Jenny L. Doling, A.P.L.C.
44-530 San Pablo, Suite 201
Palm Desert, CA 92260

The foregoing document described as Ex Parte Order For Relief Under Bankruptcy Rule 9037 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**

On **October 5, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/5/2009 | MIGUEL A. VALENTE | [signature] |
|---|---|---|
| Date | Type Name | Signature |

PROOF OF SERVICE

**ADDITIONAL SERVICE INFORMATION** (if needed):

Mr. Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(Via U.S. Mail)

U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501
(Via U.S. Mail)

Santa Barbara Bank & Trust
C/O Jay D. Smith
200 E. Carillo St. Ste 300
Santa Barbara, CA 93101

Santa Barbara Bank & Trust
Attn: Christine Sontag
1021 Anacapa St.
Santa Barbara, CA 93101