LAW OFFICES OF JENNY L. DOLING, A.P.L.C.
JENNY L. DOLING, ESQ. #207033
MIGUEL A. VALENTE, ESQ. #253251
44-530 SAN PABLO, SUITE 201
PALM DESERT, CALIFORNIA 92260
OFFICE: (760)341-8837
FAX: (760)341-3022

Attorney for Debtors
John Kenneth Hemmer and Doris Hemmer

ENTERED OCT - 7 2009
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED OCT - 6 2009
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## U.S. BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

IN THE MATTER OF:

JOHN KENNETH HEMMER AND DORIS HEMMER

PLAINTIFFS

vs.

SANTA BARBARA BANK & TRUST

CASE NO.: 6:09-bk-16918-PC

EX PARTE ORDER FOR RELIEF UNDER BANKRUPTCY RULE 9037

**THIS MATTER** came before the undersigned United States Bankruptcy Judge on Debtors' Ex Parte Motion for Relief Under Bankruptcy Rule 9037. Based on the pleading, the Court finds that good cause exists for granting the relief requested.

**THEREFORE IT IS ORDERED** that the Clerk of Court disable public access to claim number 7 ~~and further that claim number 7 be disallowed~~ (2) the relief requested is denied without prejudice.

Dated: Oct. 6, 2009

_____
United States Bankruptcy Judge

---

EX PARTE ORDER FOR RELIEF UNDER BANKRUPTCY RULE 9037

1

| | |
|---|---|
| 1 | **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket. |
| 2 | |
| 3 | **PROOF OF SERVICE OF DOCUMENT** |
| 4 | I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: |
| 5 | |
| 6 | Law Offices of Jenny L. Doling, A.P.L.C. |
| 7 | 44-530 San Pablo, Suite 201<br>Palm Desert, CA 92260 |
| 8 | The foregoing document described as Order For Ex Parte Relief Under Bankruptcy Rule 9037 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below: |
| 9 | |
| 10 | **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: |
| 11 | |
| 12 | |
| 13 | |
| 14 | ☐ Service information continued on attached page |
| 15 | **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): |
| 16 | |
| 17 | On **October 5, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. |
| 18 | |
| 19 | |
| 20 | ☒ Service information continued on attached page |
| 21 | **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. |
| 22 | |
| 23 | |
| 24 | |
| 25 | ☐ Service information continued on attached page |
| 26 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 27 | |
| 28 | 10/5/2009          MIGUEL A. VALENTE                    /s/MIGUEL A. VALENTE<br>Date                  Type Name                            Signature |

Proof of Service

**ADDITIONAL SERVICE INFORMATION (if needed):**

Mr. Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(Via U.S. Mail)

U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501
(Via U.S. Mail)

Santa Barbara Bank & Trust
C/O Jay D. Smith
200 E. Carrillo St. Ste 300
Santa Barbara, CA 93101
(Via Certified U.S. Mail)

Santa Barbara Bank & Trust
Attn: Christine Sontag
1021 Anacapa St.
Santa Barbara, CA 93101

**ADDITIONAL SERVICE INFORMATION**

| | |
|---|---|
| 1 | **NOTE TO USERS OF THIS FORM:** |
| 2 | **1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document. |
| 3 | **2)** The title of the judgment or order and all service information must be filled in by the party lodging the order. |
| 4 | |
| 5 | **3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category. |
| 6 | **4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category |
| 7 | |
| 8 | **I. NOTICE OF ENTERED ORDER AND SERVICE LIST** |
| 9 | Notice is given by the court that a judgment or order entitled *(specify)* **Ex Parte Order For Relief Under Bankruptcy Rule 9037** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below: |

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October 5, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Law Offices of Jenny L. Doling, A.P.L.C.  jd@4jdlaw.com
Rod Danielson, Chapter 13 Trustee  notice-efile@rodan13.com
U.S. Trustee  ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Santa Barbara Bank & Trust
C/O Jay D. Smith
200 E. Carrillo St. Ste 300
Santa Barbara, CA 93101

Santa Barbara Bank & Trust
Attn: Christine Sontag
1021 Anacapa St.
Santa Barbara, CA 93101

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

3

Proof of Service