LAW OFFICES OF JENNY L. DOLING, A.P.L.C.
JENNY L. DOLING, ESQ. #207033
MIGUEL A. VALENTE, ESQ. #253251
44-530 SAN PABLO, SUITE 201
PALM DESERT, CALIFORNIA 92260
OFFICE: (760)341-8837
FAX: (760)341-3022

Attorney for Debtor JOHN KENNETH HEMMER and DORIS HEMMER

## U.S. BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| IN THE MATTER OF: | CASE NO.: 6:09-bk-16918-PC |
|---|---|
| JOHN KENNETH HEMMER and DORIS HEMMER<br>Debtor. | NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION DISALLOWING CLAIM NO. 5 FILED BY SANTA BARBARA BANK & TRUST |

**TO THE HONORABLE THOMAS B. DONAV, UNITED STATES BANKRUPTCY JUDGE; ROD DANIELSON, CHAPTER 13 TRUSTEE; CREDITORS; AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that John Kenneth Hemmer and Doris Hemmer ("Debtors") by, and through their counsel of record, do hereby withdraw their Motion Disallowing Claim No. 5 Filed by Santa Barbara Bank & Trust filed on October 5, 2009. Creditor Santa Barbara Bank & Trust withdrew Proof of Claim No. 5. Therefore, there is no need for Debtors' motion.

Dated: October 16, 2009

Respectfully submitted
**LAW OFFICES OF JENNY L. DOLING**
A Professional Law Corporation

_____
MIGUEL A. VALENTE
Attorney for Debtors JOHN KENNETH HEMMER and DORIS HEMMER

---
1
NOTICE OF WITHDRAWAL OF DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices of Jenny L. Doling, A.P.L.C.
44-530 San Pablo, Suite 201
Palm Desert, CA 92260

The foregoing document described as **Notice of Motion and Motion Disallowing Claim No. 13 Filed by SCE Federal Credit Union** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**

On **October 16, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/16/2009 | MIGUEL A. VALENTE | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Mr. Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(Via U.S. Mail)

U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501
(Via U.S. Mail)

Santa Barbara Bank & Trust
P.O. Box 60704
Santa Barbara, CA 93160
(Via U.S. Mail)

Graham Vaage LLP
Attn: Miguel Ortiz
500 N Brand Blvd. Ste 1030
Glendale, CA 91203
(Via U.S. Mail)